**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_TALLAHASSEE_ **DIVISION**

**CIVIL RIGHTS COMPLAINT FORM**
**TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983**

Legal Mail Received
SEP 2 2 2020
Dade C.I.

PROPHET PAULCIN,
Inmate # W11537
(Enter full name of Plaintiff)

vs.

CASE NO: 4:20-cv-00470-WS-MJF
(To be assigned by Clerk)

MARK S. INCH, SEC' DOC et al,
_____,
_____,
_____,
_____.

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

FILED USDC FLND TL
SEP 28 '20 PM5:02

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: *Prophet Paulcin*
Inmate Number: *W11537*
Prison or Jail: *Dade C.I.*
Mailing address: *19000 S.W. 377th St*
*Florida City, Fl 33034*

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____
    _____

(2) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____
    _____

(3) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____
    _____

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV. **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )    No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): _____
   (b) Defendant(s): _____
2. Name of judge: _____  Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?
Yes(✓)    No( )

1. Parties to previous action:
   a. Plaintiff(s): Prophet Paul C;W
   b. Defendant(s): Wexford Health Sources, et al,
2. District and judicial division: Middle Ft. myers Div.
3. Name of judge: Don't know    Case #: 2', 17cv-232-spcmRm
4. Approximate filing date: 6/16/20
5. If not still pending, date of dismissal: still pending
6. Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ )          No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _See Attached Sheet_
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed.

Yes( ✓ )          No( )

1. Parties to previous action:
   a. Plaintiff(s): _See Attached Sheet_
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case Docket # _____
4. Approximate filing date: _____   Dismissal date: _____
5. Reason for dismissal: _____

4

Plaintiff, Prophet Paul c/w, Admits to having more then three strikes. And admits to having filed more then Ten complants. Plaintiff is unable to provide this Hon.Court with said Specific Facts. Due to his ~~Rape~~ legal papers being loss by Prison staff. in June of 2020 At wakulla annex. However, Plaintiff does not waive the right to later supplement this Hon. court with said information if Plaintiff is provided with such. Plaintiff makes this statement under oath And the Penalty of Perjury.

Prophet Paul

4A.

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

1.) Plaintiff is a psychologically impaired Prisoner with a long history as a target of gang "hits" including beatings and stabbings by other prisoners.

2.) For the past more than five years, Mr. Paulcin has repeatedly been extorted, beaten, and stabbed by gang members and other predatory prisoners.

3.) Since transfer to the protective management program at Wakulla Annex on February 28, 2018, Paulcin has enjoyed relative stability and safety.

4.) In April 2020, Mr. Paulcin was scheduled to be transferred from Wakulla Annex P.M. unit to Columbia C.I.-Annex P.M. unit.

5.) Mr. Paulcin, so fearful of the transfer to Columbia Annex P.M. unit, attempted suicide on the morning before transfer by cutting the veins in his wrist multiple times requiring sutures. Than swollening the razor blade.

6.) Counsel for Mr. Paulcin James v. Cook, intervene and provided counsel for FDOC multiple prisoners' witness statement substantiating Mr. Paulcin's claim of an active bounty on his life at Columbia CI

7.) On June 12, 2020, Mr. Paulcin's deposition was taken again on record, Mr. Paulcin and counsel Mr. Cook, pleaded that FDOC consider the threats made against Mr. Paulcin's life

5

seriously, especially, in light of the past warnings, Mr. Paulcin has given DOC, which they have disregarded, resulting in Mr. Paulcin being stabbed. FDOC counsel William O. Kratochvil and FDOC ignored said warnings.

8.) On June 16, 2020, counsel James V. Cook, filed a motion for preliminary injunctive relief with the District Court in Ft. Myers Division case No: 2:17-cv-232-SPC-MRM asking the Middle District Court to enjoin FDOC from transferring Mr. Paulcin from Wakulla C.I. to Columbia C.I. P.M. Unit. Based on the threats made against him. (EX. A)

9.) On June 18, 2020, without any penological justification, but based on animosity and in retaliation certain staff members who will later be sued in their individual capacity, persuade classification officer Robert Gould, who possess the authority to transfer prisoners to transfer Mr. Paulcin. Mr. Paulcin had no special reviews or incident at Wakulla requiring his transfer.

10.) On June 21, 2020, Mr. Paulcin was the victim of a homocide attempt by one unidentified prisoner on the P.M. unit.

11.) Mr. Paulcin was transported to the hospital trauma unit with life threatening injuries. Mr. Paulcin was diagnosed with lung contusion. The knife nearly puncturing his lungs. Mr. Paulcin had to remain in the hospital for three days.

12.) Mr. Paulcin was escorted back to Columbia C.I. Annex P.M. unit. An investigation was conducted by Columbia investigating Captain K. Sieverse. Who concluded that Mr. Paulcin was a victim of a homocide attempt more then likely a hit, and recommended a resolve protection transfer.

6

13.) Said homicide attempt left MR. Paulcin hopeless and depressed, causing MR Paulcin to attempt suicidal on several different occasions.

14.) Wakulla Annex, provides a protective management unit as well as a mental health unit. Thus, satisfying MR. Paulcin security and mental health needs.

15.) Mark S. Inch, and FDOC persistent in getting MR. Paulcin killed. Transfer MR Paulcin again to a none protective management facility, Lake C.I., a prison, were in 2018, MR Paulcin was assaulted by gang members and granted a protection transfer.

16.) Again on Sept. 18, 2020, MR. Inch and FDOC transferred MR. Paulcin to a none protective management prison and transferred MR. Paulcin to Dade C.I. were upon and since his arrival MR. Paulcin has received more threats against him. Dade C.I. has multiple gang affiliations on the compound, who have threaten to kill him.

17.) Since June 21, 2020, Defendants has failed to provide MR. Paulcin with a safe and stable environment as mandated by the Eight Amendment.

18.) Upon leaving Dade C.I., MR. Paulcin will be transferred back to Columbia Annex P.M. unit. Against Investigator Capt. K. Sieverse recommendation. Thus, placing MR. Paulcin in imminent danger of death.

19.) The perpetrator who stabbed MR. Paulcin was not apprehended. The Department has failed to make an adequate investigation into who put the bounty on Paulcin's life.

20.) Defendants were previously warned by MR. Paulcin and counsel to not send MR. Paulcin to Columbia C.I. Provided Defendants with evidence. Defendants ignored said evidence with a reckless disregard for

6A

Mr. Paulcin's safety. Defendants knew and were aware of the past violent acts that have been committed against Mr. Paulcin by gang members. And know that Mr. Paulcin has an active bounty on his life by gang members. Nevertheless, Defendants failed to provide Mr. Paulcin with adequate safety.

21.) Defendants continue through their past actions to ignore threats made against Paulcin's life and continue to place Mr. Paulcin's life in jeopardy. By transferring him to more protective management facilities and to prison, in which he previously received protection transfer from.

22.) Mr. Paulcin's discharge from Dade C.I. is imminent. Immediately upon his discharge, Mr. Paulcin will be transported back to Columbia C.I. Annex. Mr. Paulcin will be killed if he his transferred back to Columbia. Paulcin is in imminent danger of death.

23.) Mr. Paulcin seeks this Honorable court intervention to compel Marks, Inch and FDOC to provide Mr. Paulcin with constitutional protection against known threats of violence against him at Columbia C.I. P.M. Unit. As evidence by records.

24.) Mr. Paulcin is aware that he has no right to a prison of his choice. But, does has a right to compel Defendants to provide him safety in different protective management unit other then Columbia C.I. Annex. Were he was nearly killed, due to defendants omissions.

25.) The investigating Capt. S. Sieverse recommended Mr. Paulcin be transferred.

26.) This motion for injunctive relief does not conflict with the pending motion filed by James V. Cook

9b.

filed in the Middle District District Ft. Myers Division. Since that motion ~~certainly~~ was filed before June 21, 2020. MR. Paulcin's motion is specifically tailored to event after June 16, 2020. When he was stabbed. Moreover, counsel's motion is legally insufficient and MR. Paulcin has asked counsel to voluntarily dismiss said motion. Since the damage Plaintiff sought diligently to prevent transpired.

② Plaintiff sues all defendants in their individual and official capacity.

6C.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

In violation of Plaintiff's rights under the Eight Amendment to the United States Constitution, Def-

27.) Defendants, MARKS, Inch, FDOC violated Plaintiff's right to the Eight Amendment of the U.S. Const. by deliberately subjecting Plaintiff to known threats of violence against his life and continuing to disregard facts of violence with a reckless disregard of Mr Paulcin's life. By failing to provide Mr Paulcin with Protection Against violent gang members and hits made against him at Columbia C.I. and other none protective management facilities, Like Lake C.I.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

A) That this Hon. Court immediately intervene and compel Defendants to provide constitutional protection to Plaintiff against known threats on his life at Columbia C.I.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

_9/22/20_
(Date)

_Prophet Paulc__
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail system on: the _22_ day of _September_, 20_20_.

_Prophet Paulc__
(Signature of Plaintiff)

Revised 03/07

7



| **State of Florida** | **Witness Statement** Log #_____ | **Department of Corrections** |
|---|---|---|

### I. Identifying Inmate Information

DC # J15777   Inmate Name Randall Todd

Violation Code and Short Title _____

Use of Force # _____

Date Report Written _____

### II. Witness

☐ Staff Member: Name and Position _____

☐ Other Individual: Name _____

☐ Inmate: DC # _____   Name _____

### III. Voluntary Refusal

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____   Date _____

Signature of Investigating Officer _____   Date _____

### IV. Statement

I Randall D. Todd Jr. am in Fear for inmate Prophet Paulcin DC# W11537. It seems to me as if the Department of Corrections is trying to kill him. I was at Columbia C.I. in 2018 when I first heard about the hit on him. The only place he is safe at is Wakulla Annex. However now a staff member has become a ~~threat~~ threat to his safety by trying to get others to hurt him. This is not fair. He will be killed if he goes to Columbia C.I. a lot of killings happen there.

Witness Signature *Randall Todd*   Date 5/28/20

Signature of Investigating Officer _____   Date _____

DC6-112C (Revised 8/06)   Original: Inmate File   Copy: Central Office

|  | **Witness Statement** |  |
|---|---|---|
| **State of Florida** | Log # _____ | **Department of Corrections** |

**I. Identifying Inmate Information**

DC # 166690   Inmate Name Joseph Barker

Violation Code and Short Title _____

Use of Force # _____

Date Report Written _____

**II. Witness**

☐ Staff Member: Name and Position _____

☐ Other Individual: Name _____

☐ Inmate: DC # _____   Name _____

**III. Voluntary Refusal**

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____   Date _____

Signature of Investigating Officer _____   Date _____

**IV. Statement**

While being housed at Columbia Annex (P.M.) unit I overheard gang members talking about stabbing inmate Paulcin, P and killing him. The inmates names are Johnny Hodges W03027, and Darren Biles A50422. The hit was coming from inmates on the compound. GANG members from the ZMF and Bloods. I heard they had a statewide hit on him. GANG MEMBERS on the compound at Columbia have access to inmates on PM unit to put hits on inmates via Rec yard.

Witness Signature [signature]   Date 5-31-20

Signature of Investigating Officer _____   Date _____

DC6-112C (Revised 8/06)   Original: Inmate File   Copy: Central Office

| | Witness Statement | |
|---|---|---|
| **State of Florida** | Log # _____ | **Department of Corrections** |

**I. Identifying Inmate Information**

DC # X-08250   Inmate Name  michael Aiken

Violation Code and Short Title _____

Use of Force # _____

Date Report Written _____

**II. Witness**

☐ Staff Member: Name and Position _____

☐ Other Individual: Name _____

☐ Inmate: DC # _____ Name _____

**III. Voluntary Refusal**

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____ Date _____

Signature of Investigating Officer _____ Date _____

**IV. Statement**

I was at Martin C.I. when Inmate Prophet Paulcin DC# W11537 was housed in B-Dorm in Oct 2017 and heard Inmates on wing say the haul mork on his head; Its a small works!

Witness Signature  Michael Aiken X108250   Date 5-28-20

Signature of Investigating Officer _____ Date _____

DC6-112C (Revised 8/06)    Original: Inmate File    Copy: Central Office

| | Witness Statement | |
|---|---|---|
| **State of Florida** | Log # _____ | **Department of Corrections** |

**I. Identifying Inmate Information**

DC # S61502    Inmate Name Johnny Foster

Violation Code and Short Title _____

Use of Force # _____

Date Report Written _____

**II. Witness**

☐ Staff Member: Name and Position _____

☐ Other Individual: Name _____

☐ Inmate: DC # _____ Name _____

**III. Voluntary Refusal**

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____ Date _____

Signature of Investigating Officer _____ Date _____

**IV. Statement**

While I was housed within the Protective management unit at Columbia C.I., it was common knowledge that inmate Prophet #W1155T had a hit out on him and that if he transferred to Columbia PM unit he would be stabbed up. This came from not only the black gang community but also the Spanish community. Now that You are aware that Prophet will be harmed shall he transfer there to Columbia PM unit, The administration whom approves such transfer may be held liable under the "Eighth Amendment" for acting with "deliberate-indifference" to inmate health and safety only if he knows that inmate faces a substancial risk of serious harm and disregards that risk by failure to take reasonable measures to abate it. I am a witness that inmate Prophets life has been threatened at Columbia PM unit and will swear under oath to this fact. Now You have been made aware that a serious risk of harm or death may result shall You transfer inmate Prophet to Columbia PM unit where his enemies are waiting for him.

Witness Signature Tommy Foster    Date 5/28/2020

Signature of Investigating Officer _____ Date _____

DC6-112C (Revised 8/06)    Original: Inmate File    Copy: Central Office

| | Witness Statement | |
|---|---|---|
| State of Florida | Log # _____ | Department of Corrections |

**I.  Identifying Inmate Information**

DC # Y47146    Inmate Name Jose G Arce

Violation Code and Short Title _____

Use of Force # _____

Date Report Written _____

**II.  Witness**

☐ Staff Member: Name and Position _____

☐ Other Individual: Name _____

☐ Inmate: DC # _____ Name _____

**III.  Voluntary Refusal**

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____ Date _____

Signature of Investigating Officer _____ Date _____

**IV.  Statement**

While I was at Okeechobee C.I. in It was made Known to me Tha The gangs Had a Hit out on several Inmates. To Include me and Prophet Paulin His life is in grave and my to. The Gangs run The prisions and The officer-help Them to due sow. They are Killing people For no reason. And DOC is doing nothing About it Please some one hat to help up

Witness Signature Jose G Arce    Date 5/28/20

Signature of Investigating Officer _____ Date _____

DC6-112C (Revised 8/06)    Original: Inmate File    Copy: Central Office

PROPHET PAULCIN DC# W11537 J1-110S
Dade C.I.
19000 S.W. 377th St
Florida City, Fl 33034

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION
FLORIDA CITY

Hasler
09/22/2020
US POSTAGE $001.40⁰

FIRST-CLASS MAIL

ZIP 33034
011E11681778

CHECKED SEP 2 9 2020

Legal Mail
Received
SEP 2 2 2020
Dade C.I.  P.P

United States District Court
Northern District of FLORIDA
111 N. Adams St. Suite 322
Tallahassee, FL 32301